UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELTON BEAMAN,

                        Plaintiff,

            -against-                                    26-CV-2733 (LTS)

CITY OF NEW YORK; ERIN DALTON;                          ORDER OF DISMISSAL
JAMES HENDON,

                        Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

        By order dated April 6, 2026, the Court directed Plaintiff, within thirty days, to submit a

signature page for his request to proceed *in forma pauperis* ("IFP application") or pay the fees

required to file a civil action in this court. That order specified that failure to comply would

result in dismissal of the complaint. Plaintiff has not filed a signature page or paid the fees.

Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).

        The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:    May 18, 2026
          New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge