UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHELTON BEAMAN,

                    Plaintiff,

          -against-

CITY OF NEW YORK; ERIN DALTON;
JAMES HENDON,

                    Defendants.

26-cv-2733 (LTS)

CIVIL JUDGMENT

For the reasons stated in the May 18, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    May 21, 2026
            New York, New York

                              /s/ Laura Taylor Swain
                               LAURA TAYLOR SWAIN
                              Chief United States District Judge